**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JHON REBOLLEDO-FONTALVO,

             Petitioner,

vs.                                Case No. 3:05-cv-00637-J-32-TEM

UNITED STATES OF AMERICA,

             Respondent.

_____

**ORDER**[1]

    This case is before the Court on <u>sua</u> <u>sponte</u> review of its July 8, 2005 Order (Doc. 2) construing petitioner, Jhon Rebolledo-Fontalvo's Motion for Adjustment or Reconsideration of Sentence Pursuant to Rule 60(b) (Doc. 1) as a Motion under 28 U.S.C. § 2255.  Rebolledo-Fontalvo's motion alleges that his attorney's performance, in his underlying criminal case, constituted ineffective assistance of counsel, contending that his attorney: (1) failed to explain the applicable 10-year minimum mandatory sentence and (2) misrepresented his ability to assist Rebolledo-Fontavlo in obtaining a lighter sentence on appeal.  (Doc. 1).

    On July 8, 2005, the  Court notified the parties that it construed Rebelledo-Fontalvo's motion as a motion to Vacate, Set  Aside or Correct Sentence under 28 U.S.C. § 2255.  (Doc. 2).  However, this Court did not, as required by the United

_____

[1]Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically.  However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

States Supreme Court's decision in <u>Castro v. United States</u>, 540 U.S. 375, 383 (2003), warn Rebolledo-Fontalvo of the consequences of this recharacterization or provide Rebolledo-Fontalvo the opportunity to withdraw or amend his motion.  (Doc. 2).[2]  Thus, the July 8, 2005 Order is **VACATED** and the undersigned hereby informs Rebolledo-Fontalvo of its intent to recharacterize his Rule 60(b) Motion (Doc. 1) as a 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence and provides the required warnings for such a recharacterization.  Pursuant to the requirements set forth in <u>Castro</u>, this Court notifies Rebolledo-Fontalvo that: (1) the Court intends to recharacterize the motion for reconsideration under Rule 60(b), Federal Rules of Civil Procedure, as a first § 2255 motion; (2) this recharacterization means that any subsequent § 2255 motion will be subject to the restrictions on "subsequent or successive" motions and (3) Rebolledo-Fontalvo is permitted to withdraw his motion or amend it so that it contains all of the § 2255 claims he believes he has.  Finally, Rebolledo-Fontalvo must label the amended motion with the civil docket no: 3:05-cv-637-J-32-TEM and file it in the civil case alone.  Accordingly, it is hereby **ORDERED**:

Petitioner, Jhon Rebolledo-Fontalvo is **GRANTED** permission to amend and resubmit an amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255.  The appropriate form for Rebolledo-Fontalvo to use is attached to this

---

[2]In its response to petitioner's motion, the government did not raise the <u>Castro</u> issue.

Order.  Rebolledo-Fontalvo should carefully read the instructions on the first page of the form and follow them in submitting an amended motion.  Rebolledo-Fontalvo's deadline for  filing an amended motion is March 1, 2007.  The Court will inform the government by further Order if any response is required.  Upon receiving all required filings, the Court will promptly enter a ruling.

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of January, 2007.


TIMOTHY J. CORRIGAN
United States District Judge

a.
Copies: counsel of record, pro se party

Attachments:

3